IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT HOPES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-101 DRH |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER SETTING HEARING**

Currently pending before the Court is a Motion to Set New Briefing Schedule for *Pavey* Hearing filed by Defendants Jeffrey Eberhart and Jerry Key (Doc. 134). For the reasons set forth below, this motion is **GRANTED**. The Court orders the following:

1. The Defendants are **ORDERED** to respond to any discovery requests submitted by Plaintiff related to the exhaustion of administrative remedies by **February 1, 2010**.

2. The undersigned magistrate judge will hold an in-person hearing on the question whether Plaintiff has exhausted his administrative remedies on **February 17, 2010, at 2:00 p.m.** in the East St. Louis Federal Courthouse. Prior to the hearing, the parties may submit briefs, affidavits, and exhibits relevant to the question of exhaustion. Briefs, affidavits, and exhibits are due **February 12, 2010.**

3. The undersigned will make a written Report and Recommendation to the presiding United States District Judge recommending a factual determination on the exhaustion issue based on the evidence presented at the hearing.

**IT IS SO ORDERED.**

**DATED: January 25, 2010**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**